UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRILOGY REHAB SERVICES, LLC
d/b/a PARAGON REHABILITATION,

    Plaintiff,

vs.

EMBASSY GARDEN COURT, LLC
*et al.*,

    Defendants.

Case No. 3:24-cv-5

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER:  (1) DENYING PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS (Doc. No. 44); (2) GRANTING DEFENDANTS' MOTION TO FILE AN AMENDED COUNTERCLAIM; AND (3) REQUIRING DEFENDANTS TO FILE A PROPOSED AMENDED COUNTERCLAIM BY OCTOBER 16, 2025**

---

This is a civil case in which Plaintiff Trilogy Rehab Services, LLC d/b/a Paragon Rehabilitation asserts, in part, breach of contract claims challenging (1) Defendants' alleged failure to pay for rehabilitation services Plaintiff performed; and (2) Defendants' alleged hiring of eight people previously employed by Plaintiff.  *See* Doc. No. 1.  Defendants, Embassy Garden Court LLC and other entities, *see id*. at PageID 2, filed an amended answer and counterclaims alleging, in part, Plaintiff fraudulently induced them to enter into certain agreements.  *See* Doc. No. 43.

The case is before the Court on Plaintiff's[1] Fed. R. Civ. P. 12(b)(6) partial motion to dismiss Defendants' counterclaim for fraudulent inducement.  Doc. No. 44.  In response to the motion, Defendants filed a memorandum in opposition and alternatively moved for leave to amend

---

[1] Plaintiff is also Counterclaim Defendant in this case, as Defendants have filed counterclaims against Plaintiff.

their counterclaim.  Doc. No. 46.  Plaintiff replied.  Doc. No. 47.  Thus, the motion is ripe for review.

The Court has fully reviewed the pending motion and memoranda, as well as the record in this case.  In the interest of judicial efficiency and to promote a just, speedy, and inexpensive determination of this case, *see* Fed. R. Civ. P. 1, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's partial motion to dismiss Defendants' counterclaim (Doc. No. 44) and **GRANTS** Defendants' alternative motion to file an amended counterclaim.  The Court **ORDERS** Defendants to file an amended counterclaim **by October 16, 2025**.  Plaintiff's second motion to dismiss, if any, shall be filed by November 6, 2025.

    **IT IS SO ORDERED.**

  October 3, 2025                                            s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge