UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRILOGY REHAB SERVICES, LLC,

    Plaintiff,                                              Case No. 3:24-cv-5

vs.

EMBASSY GARDEN COURT,                District Judge Michael J. Newman
LLC., *et al*.,                                        Magistrate Judge Caroline H. Gentry

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter (Doc. No. 56), **ORDERS** this action hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

November 21, 2025                                        s/*Michael J. Newman*
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge